| | |
|---|---|
| MICHAEL F. RAM (Bar # 104805) <br> **MORGAN & MORGAN** <br> **COMPLEX LITIGATION GROUP** <br> 711 Van Ness Avenue <br> San Francisco, CA 94102 <br> Phone: (628) 267-1537 <br> Fax:    (415) 358-6923 <br> Mram@forthepeople.com | JOHN A. YANCHUNIS* <br> jyanchunis@forthepeople.com <br> RONALD PODOLNY* <br> ronald.podolny@forthepeople.com <br> ANTONIO ARZOLA, JR.* <br>ararzola@forthepeople.com <br> **MORGAN & MORGAN** <br> **COMPLEX LITIGATION GROUP** <br> 201 N. Franklin Street, 7th Floor <br> Tampa, Florida 33602 <br> Phone: (813) 275-5272 <br> Fax: (813) 222-4736 |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LAURA JUNE NOLAN**, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> **FARMERS INSURANCE EXCHANGE, FARMERS GROUP, INC., SALESFORCE, INC.,** <br><br> Defendants. | Case No. 3:25-cv-07585-JSC <br><br> **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF FARMERS INSURANCE EXCHANGE, AND FARMERS GROUP, INC.** |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Laura June Nolan hereby dismisses her claims against Farmers Insurance Exchange and Farmers Group, Inc. without prejudice. No other claims against any other parties are being dismissed.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties on the attached service list on the 29th day of December, 2025.

Dated: December 29, 2025                    Respectfully Submitted,

/s/   John A. Yanchunis
MICHAEL F. RAM (Bar # 104805)
**MORGAN & MORGAN**
**COMPLEX LITIGATION GROUP**
711 Van Ness Avenue
San Francisco, CA 94102
Phone: (628) 267-1537
Fax:     (415) 358-6923
Mram@forthepeople.com

JOHN A. YANCHUNIS*
jyanchunis@forthepeople.com
RONALD PODOLNY*
ronald.podolny@forthepeople.com
**MORGAN & MORGAN**
**COMPLEX LITIGATION GROUP**

201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
Phone: (813) 275-5272
Fax: (813) 222-4736

*Counsel for Plaintiff and the Class*

3

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE